IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | Docket No. 0422 1:18CR00258-001 |
| Omed Husseinkhel | Honorable Liam O'Grady |
| Defendant. | |

**DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**

COMES NOW, Omed Husseinkhel ("the Defendant" or "Mr. Husseinkhel"), by and through counsel, and submits the following memorandum in aid of sentencing in the above-styled case.

In accordance with the goal of 18 U.S.C. §3443(a) to "impose a sentence sufficient, but not greater than necessary," the Defendant respectfully requests this Court exercise its discretion in the imposition of a sentence in this case and issue a sentence that varies from the Federal Sentencing Guidelines.

## I. INTRODUCTION

Mr. Husseinkhel comes before this Court having pled guilty to Conspiracy to Distribute Oxycodone and a Mixture of Substance Containing Cocaine, Schedule II Controlled Substances and Possession of Firearm by Prohibited Person. He assumes full responsibility for his crime. Because of his relatively smaller role in the conspiracy, his nonviolent and manner of participation, and the full cooperation he has given the government, Mr. Husseinkhel prays to the Court for leniency in sentencing so that he may complete his debt to society and then return as a productive member to care for and provide for his children and family.

## II. ARGUMENT

### A. Mr. Husseinkhel Is Entitled to an Individualized Sentence Notwithstanding the Guidelines

As this Court is aware, the United States Sentencing Guidelines (the "Guidelines") are "effectively advisory" in determining an offender's sentence. *United States v. Booker*, 543 U.S. 220, 245 (2005). The Guidelines are to be consulted, but are not binding. *Id.* at 264. Rather, they are "one factor among several" that are relevant to the subsequent appropriate sentence to be handed down. *Kimbrough v. United States*, 552 U.S. 85, 90 (2007). The Guidelines are but an "initial benchmark" of an "individualized assessment based on the facts presented," and do not require "extraordinary circumstances to justify a sentence outside the Guidelines range." *Gall v. United States*, 552 U.S. 38, 39 (2007). Ultimately, the Guidelines are a "starting point," but an "individualized" sentence that is sufficient, but not greater than necessary, is the end goal. *See id.*

### B. Justice Will Be Served By Giving Mr. Husseinkhel a Variant Sentence Below the Recommended Months

While the Guidelines make some adjustments to the recommended sentence based upon Mr. Husseinkhel's situation, they do not live up to the standard of an "individualized" sentence customized to Mr. Husseinkhel's unique circumstances envisioned by the Justices in the *Gall* decision. Particularly, Mr. Husseinkhel's relatively smaller role in the conspiracy, his otherwise moral character, and his dedication to family, friends, and his employment are all factors that go unconsidered by the Guidelines yet are pertinent characteristics that weigh towards leniency in Mr. Husseinkhel's case.

Mr. Husseinkhel is known to kin, friends, and neighbors as a hard-working family man of good moral character.  (See letters & affidavit: **Exhibit A-G**)  These attached letters say more

than this counsel could ever say on his behalf. They are heartfelt and more clearly represent exactly who Mr. Husseinkhel is and can be. It is important to note that Mr. Husseinkhel currently works as a trustee baker in the jail and is respected for his positive attitude and work ethic.

A father, Mr. Husseinkhel has participated in raising his children and has financially supported them. Of additional note, he has added much needed moral and financial support to his father who is suffering various physical ailments. Mr. Husseinkhel has solidly contributed to the community by working full-time. Mr. Husseinkhel's life, as supported by the submitted letters, hardly present a picture of a hardened drug dealer, but rather a portrait more consistent with a good man who made some bad decisions.

Sentencing Mr. Husseinkhel to less than the guidelines called for in federal prison will fulfill the demands of justice and meet the goal of sentencing with an individualized sentence tailored to the circumstances, while still recognizing the nature and seriousness of the conduct. Such a sentence can leave the government feeling satisfied they have done their duty to the citizens of the United States by correcting and reforming the society-harming behavior that Mr. Husseinkhel engaged in, while at the same time acknowledging the contributions Mr. Husseinkhel has made to his family and community.

Mr. Husseinkkel's guidelines seem inordinately high given that he has been determined a level V Criminal History Category due to his Criminal History Points. This would indicate 77-96 months. Counsel humbly suggests that a more appropriate sentence for his offense level (24) would be one that did not consider all or most of his criminal history points. This would indicate a sentence between 51 and 53 months which is still significant.

## III. CONCLUSION

For the forgoing reasons, the Defendant respectfully requests that the Court vary from the Federal Sentencing Guidelines and impose a reasonable, proportionate, and just sentence of less than 57 months.

Respectfully submitted,

_____/s/_____
Travis D. Tull, VSB 47486
TATE, BYWATER, FULLER, MICKELSEN & TULL, PLC
2740 Chain Bridge Road
Vienna, VA 22030
Phone: (703) 938-5100
ttull@tatebywater.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of October, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

United States Attorney's Office for the Eastern District of Virginia

_____/s/_____
Travis D. Tull, VSB 47486

9/19/2018
Honorable Liam O'Grady
United States District Court Eastern District of Virginia

Dear Honorable Judge O'Grady,

I sincerely thank you for taking the time to read this letter. I felt that it was important to share a few of my thoughts to shed some light on the situation and take ownership and responsibility of the situation. The story that has been shared is of course only one side to the story.

In 2016 I had an alcohol addiction due to my dad being terminally ill. I was going through relapse and dealing with losing my kids which pushed me further into drinking and relapse so this was all tied together. Early 2016 I was going through a program to help me. During this time I was vulnerable and I met this guy named Pete who is a part of the case. He was my LYFT driver. I looked up to him and respected him. I was extremely vulnerable at this time and everyone around me knew this. I realized I was used to help others get what they wanted. Pete would pick me up and take me everywhere. He would hang out at my job all the time like he had nothing else to do and would often wait until I got out of work to take me to bars buy me drinks, lure me into smoking to or to get me drunk.. He confided in me told me his hardships in life. I confided in him. At this time he knew what I was going through. I never gambled in my life he introduced me to it and would take me to MGM often. I started falling into a deep hole. I was gambling my hard earned money and started to fall behind on child support. He persuaded me and told me he could help me get back on my feet and pay child support if I helped him he would help me financially back on track to pay my child support. This is where it began. He introduced me to people took me places and set up situations. He had so many connections and introduced me to people. I was the middle person involved. He would take me to see my kids and pick them up he would take me to appointments I had, he was very much trying to be involved in my day to day life for his benefit and knew I was at my weakest. He took me to see his family in Pennsylvania he had issues with his wife and was put in jail for abuse apparently. I paid his bond and helped him get out because I believed he was a good person with good intentions but clearly was wrong. Little did I know one thing led to another and I was tied into this nightmare. Looking back at the entire situation has really opened my eyes. I am thankful that this happened and was put to an end. I am embarrassed and remorseful for my actions.

I know this may be hard to believe given the circumstances but I am not a violent person or drug dealer. I have always been a respectable man in my community, held a managerial position, worked extremely hard and have been a family man and great father to my children. I have included my most updated resume for your review. I am regretful for my actions and am deeply sorry for them. I do know and understand where my faults lie. I understand that I need to stay sober and stay far away from people associated with anything related with alcohol or drugs if I want to turn my life around.

Over the course of the last few months of being incarcerated I have been thankful for the opportunities provided. I have voluntarily attending Narcotics Anonymous every single Wednesday and have learned about the disease of alcoholism and how it takes over. One of my favorite quotes that I have learned is "One is too many and a thousand is not enough." I look forward to continuing to stick to the program as it has been a life changing experience for me. I have also tried to be productive while being here. I am a Baker Trustee and trying to further my career and learn the ins and outs in culinary arts so that one day I can proceed with my dream of opening my own restaurant.

I am extremely hopeful and thankful for the future, staying sober and clean. I am rehabilitating myself becoming a better man to see my full potential. I believe everything happens for a reason. I am going to turn this negative into a positive and want to take advantage and utilize all the opportunities I have while here. I am not looking at this as the end of the road, just the beginning. I hope that when I get out I can continue with culinary arts and owning my own restaurant and living my life being able to experience it all through the eyes of my children.

Thank you again for your time,


Omed Husseinkhel

**med Husseinkhel**
omedhusseinkhel@yahoo.com

6163 Franconia Station Lane
Alexandria, VA 22310

**OBJECTIVE:** To further enhance my knowledge in management and sales and become a major asset to an organization in a growing industry.

**EDUCATION:**

**Annandale** Northern Virginia Community College Annandale, VA        **Specialty:**  Art/ Graphic Design:  Bachelors Partially completed

**PROFESSIONAL EXPERIENCE**

**Eastern Automotive Group**                                                                             Feb 2014 – September 2014
Sales Manager

**The Mobile Experience/Wireless Jungle**                                          September 2009 – Feb 2014
Sales Manager
- Manage sales and operations
- Monthly sales quotas continuously met and often exceeded
- Management of inventory
- Performance Reviews
- Hiring, training, and performance based measurement
- Handle business accounts
- Maintain clientele data base and followed up with customers when qualifications for upgrades were met

**Circulation Promotions Unlimited**                                                  April 2009 – September 2009
Marketing / Advertisement Sales Rep
- Maximizing territory penitential
- Representing current company's products in a professional and efficient manner
- Responsible for daily financial transactions
- Travel as required in order to promote products
- Maintain great customer service

**Portables - AT&T Wireless**                                                                July 2008 – May 2009
Maryland Market Sales Manager
- Managed sales and operations
- Monthly sales quotas were accomplished
- Trained, hired, and recruited to rebuild both Maryland and Virginia markets
- Responsible for financial transactions (processed and submitted)
- Handling inventory and supply
- Maintain the clientele data base and followed up with customers when qualifications for upgrades were met

**Verizon Wireless**                                                                              July 2007 – July 2008
Store Manager
- Maintained daily operations
- Handled day to day financial transactions, reporting, and daily audits
- Managed employees, schedules, hired perspective candidates, trained, and recruited employees

**Zeba Magazine**
Marketing Manager                                                                           March 2007 – July 2007
- Sales and Advertisement
- Generated leads for potential clients
- Cold calling
- Sales and Customer Service

**Portables - AT&T Wireless**                                                             February 2003 – June 2007
District Manager - Sales and Operations
- Maintained and operated the district according to company's expectations
- Hired, trained, recruited, and built new store location
- Scheduled trainings and seminars via power point presentations
- Managed the company during the absence of executive management
- Directed a market of $1.5 million dollar revenue per year

**Courtyard Marriott**                                                                        July 2000 – November 2002
Food and Beverage Manager
- Managed and maintained hotel restaurant, catering department, and bar.
- Overlooked banquets, wedding receptions, etc.
- Maintained great customer service

**SKILLS:**
- Able to comprehend and master material efficiently
- Can adapt to work environment quickly
- Creative
- Self-motivated
- Problem solver
- Leader, team player, and an effective motivator

**Computer:** Proficiency in Microsoft Office (Microsoft Word, Excel, PowerPoint, Access)

**Languages:** Fluent in oral Farsi

September 24, 2018

RE:    Omed Husseinkhel

To whom it may concern:

Working with Omed has been a pleasure.  He is the baker at the Detention Center in Alexandria, VA.  Whether it is Cake, Cookies or Bread that he is baking, it always comes out perfect.  This shouldn't be taken lightly, since I worked for a bakery for over ten years!

It is not just that, he is a wonderful person to be around.  With all of the ups and downs of working in a facility such as this, he is a breath of fresh air.  Always in a clean uniform, hair net, etc., I have enjoyed every day he has worked with us.

If you have any further questions, please do not hesitate to reach out to me at 703-746-5170.

Genuinely,

Andrew Everstine

Food Service Director

Aramark Corporation

September 10, 2018

Honorable Liam O'Grady
United States District Court Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Dear Judge O'Grady,

I have known Omed Husseinkhel for 33 years. Our families are very close and longtime friends, so I have a full picture of who Omed is, where he comes from, and his potential for greatness and the ability to positively contribute to society.

Omed grew up with an abusive, alcoholic father, in a home that lacked a safety net or stability. Naturally, I then watched Omed grow up with depression and anxiety, struggling to find his way and to learn to turn to healthy coping mechanisms, rather than alcohol. Omed was then forced into a marriage by his parents to a woman with whom he now has two beautiful children. While the arranged marriage inevitably did not last, I watched the birth of his children change Omed and give him purpose like I had never seen before. His children are his entire life, and everything he does is for them. They are his sun, around which he revolves.

In the otherwise chaotic surroundings of his family, Omed found stability, strength, love, and life purpose in his children. Sadly, this stability was taken away from Omed by the second abuser in his life - his ex-wife. While I am no mental health professional, any lay person who has had 15 years to observe Omed's ex-wife would agree that she is mentally unstable and abusive. Unfortunately, as is often the case in custody disputes, I have watched his ex-wife take every opportunity to use the children as a pawn to hurt Omed in a never-ending custody battle. Additionally, because Omed largely lacks positive models for relationships, he has historically befriended people who do not positively contribute to his life, hold him back, and/or do not genuinely have his best interest in mind.

Despite Omed's below average socioeconomic status, turbulent home environment, lack of a positive role model, and the misfortune of being betrayed or abused by people in his life who should be closest to him, I have watched Omed pick himself up. Every single time. Omed is resilient. He is hard-working, tenacious, and has the unwavering will and desire to succeed in life and be the father for his children that his father could not be for him. Omed has much to pass down to his children and contribute to society. He is a talented artist, musician, and chef. He is a patient, generous, charismatic, kind-hearted family man with so much love to give. Importantly, Omed is very teachable. I truly believe that with some time to reflect and rehabilitate, Omed will bounce back with a renewed vigor to re-evaluate his relationships and be the best version of himself - a man who is a great father to his children who shows them a positive example of how one should love and be a productive member of society. I hope Your Honor will therefore fashion a sentence that will give Omed the opportunity to continue working so he can financially support his children and be present in their lives.

Please feel free to contact me with any questions.

Sincerely,

Awista Ayazi
1345 South Capitol St SW
Washington DC, 20003
(571) 447-8174
awista.ayazi@gmail.com

Monday, September 10, 2018

Lawton L. Samuels, Jr.
16006 Barn Swallow Place
Woodbridge, Virginia 22191

Honorable Liam O'Grady
United States District Court for the Eastern District of Virginia

Dear Judge O'Grady:

As a long-time family friend, I have always known Omed Husseinkhel to be a devoted
father, son, brother and uncle. Genuinely, he is a person of good morale character. I realize
that this may be difficult to believe given the circumstances, but it is true nonetheless. Over
a period of 15 years, I have seen him go through ups and downs, but all the while I have
remained convinced that he is a good person at the core. Even during his divorce, which
was an extremely traumatic period in his life, he continued to move forward with optimism
and zeal. Despite of his recent shortcomings, I have witnessed his loving heart and
unwavering concern for others. I have also watched how hardworking and passionate he is
about providing for his children, which are so important to him. He just needs more people
to believe in him, so that he can be the person I know he capable of being.

Omed has made some mistakes, but I wholeheartedly believe he is extremely remorseful, and
willing to do whatever it takes to make reparations. In order for him to do that, he needs
you to give him an opportunity at another chance. I just hope that you will recognize the
power that you wield regarding the future of this man's life, and make a fair decision.

Sincerely,

Lawton L. Samuels, Jr

9/10/2018
Tamana Azimi
9885 Oxcrest Drive
Fairfax Station, VA 22039


Honorable Judge Liam O'Grady
United States District Court Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Dear Honorable Judge Liam O'Grady,

Omed is my older brother. Over the course of 32 years many times Omed played the role of my father. Being born and raised in America it was often hard for me to turn to my parents who were first generation immigrants to discuss my hopes, dreams or aspirations in life. Growing up my parents were always working hard to provide for our family and was often not around that is where Omed stepped in, taught me and offered guidance.

In 32 years I have witnessed Omed to be a respectable, hardworking, trustworthy individual. He has always held managerial roles in all positions he has held. Omed has often been promoted within months or immediately as he consistently has proven to companies that he has great moral character and business ethics and can lead, train, and motivate individuals efficiently and effectively. He has always been great team leader and a motivator bringing out the best in others. I owe much of my successes in life to Omed as he was the one to encourage me to go after my dreams of college, living abroad in Milan Italy as a student, and becoming an entrepreneur at a very young age. He taught me that family comes first and friends may be temporary in the journey of life but each has come as a guide. I see Omed as a person full of great wisdom.

Over the last few years of his life however, I have witnessed Omed being taken advantage of by others during the weakest and most vulnerable stages of his life. He has been betrayed and used for his pure heart and good intensions. I have seen firsthand people try to use him as bait to achieve their personal goals. He had trust and respected many undeserving people and started to put himself in situations to help others in the end only hurting himself. As a result of the actions of others he started to suffer depression and anxiety. Over the last few years Omed has suffered extreme depression and anxiety for multiple reasons. First and foremost due to our father being diagnosed with ESLD End Stage Liver Disease or hepatic encephalopathy due to a lifelong alcohol abuse. During this time my father was constantly in and out of the hospital and many times the doctors were telling us he was not going to survive. His medications often made him have a bad temper and be bipolar causing it to be even more difficult. As you can imagine the stress this put on the entire family. To be honest, my father never was the supportive type of father towards Omed he would always put him down with his words or actions. As the only son, this really had a negative impact on Omed's life especially more recently after his separation from his marriage that was arranged by my father. Omed has been dealing with an extremely difficult ex-wife for the last 7 years. She has tried every way possible to threaten to take two of his precious jewels away from him and alienate the children because of her own insecurities and dissatisfaction with her life. She knows they are his pride and joy but she tries to continuously create unnecessary conflict in his life and it has been extremely hard for him and mad him so weak and vulnerable.

No matter what comes his way or who has brought him down he always managed to get back up every time and try to live positively. I have no doubt in my mind that this too will pass and he will have the strength to recover and turn his life around. I can honestly say I have never met anyone in life with as much strength as him. He is a positive force and has often been an inspiration to myself and many others in life. He will never be alone as he has the love and support from his family to get him to where he needs to be. A family filled with women, he has definitely been the king of our castle. He has protected us and lifted us when we needed him the most. A phoenix he likes to call himself, meaning he has risen from flames as a winner, beating all life challenges and defeating hard times. The ultimate symbol of strength and renewal.

Your Honor, I invite you to kindly review the enclosed images I have extracted from Omed's social media just to give you an idea of the humble loving family oriented person he is. I have also included one of the last messages him and I exchanged to show our relationship to show what a motivational force he is. These images perfectly show his character. A loving father, uncle, amazing older brother and honorable son indeed. A great chef, a poetic writer, philosophical, philanthropist, a comedian, an amazing artist and just a down to earth human. He is the type of person who truly values life's most precious things and is full of wisdom and has great knowledge, a person who gives more than he receives and has a generous heart. The type of person you meet that you barely even know and within 10 minutes of talking you feel like you have known your entire life or think to yourself this guy is pretty awesome.

I believe everything happens for a reason and I think this was necessary to happen in his life for him to grow, define his character, learn from and share his story with others. I cannot answer why exactly he ever was involved in this act but I can say this happened during a time in his life when he was most vulnerable. I have so much faith and belief in him. I know he will rise from this. Since Omed has been incarcerated he has been reflecting on life his mistakes and what he can do with his time and how he can regain control of his life. He has been proactive and taken initiative by taking classes and working in the culinary field which is his passion. He still has plans and big dreams in life and wants to open his own restaurant and continue to help support my parents and his children. Your Honor, I kindly request when determining the proper sentencing to take into consideration of the type of person he is. His importance in our family, to our children and his, and especially to myself and society. I appreciate you taking the time to read this heartfelt letter regarding my brother, Omed Husseinkhel.

Respectfully,

Tamana Azimi

2







Social Media Profile



Feb 2018                                        April 2018



April 2018   he threw a Spa party for his daughter's 13th birthday! Along with her friends & cousins.

gam777

Liked by robotronic23, belal242 and 24 others
gam777 Truly happy in this pic and thankful for
everything that's in my life 🙏 the good the bad the
ugly 😔 in the end it's up to you to see the beauty in
it 🌹 the things that happen in our lives is meant for
us to see the lesson ✅ more importantly to see the
blessing 🙏🙏❤️

NOV 2017

gam777

Liked by nedasamuels, _kelly85_ and 20 others
gam777 For 8 years in a row I have not gone out for
New Years and stay home 🏠 because as a father
their is no one I would rather be with then with my
kids to start my year off 🍎🙏🍷 and the ones I love

gam777

Liked by belal242 and 18 others
gam777 God bless you son I love you ❤️ hope you
and your sister have a beautiful year ❤️🙏🙏

gam777

Liked by nedasamuels, adalberto_gomez84 and 23
others
gam777 😊❤️❤️ love the queens 👩👩 in my life

gam777

Liked by awista.gram, nedasamuels and 36 others
gam777 I WANT TO WISH MY NIECE VALENTINA A
HAPPY BIRTHDAY 🎂🎉🎈 SHE JUST
TURNED THE BIG 2 !!!! 🎈❤️ GOD BLESS

gam777

Liked by awista.gram, nedasamuels and 15 others
gam777 SHES A BIG GIRL NOW AND CAN CUT HER
OWN CAKE 🍰!!! NO WORRY HER BIG SIS KEEPING
A EYE 👁️ ON HER 😊

2/18

Nov 2017



gam777

Liked by **patrick28711**, **matt94541** and **14 others**

**gam777** So I am back on a healthier life style decided to make my self a salad 🥗 spinach 3 kinds of tomatoes green olives roasted peppers feta cheese pomegranate and Italian dressing 🧡🙏

gam777

Liked by **nedasamuels**, **belal242** and **15 others**

**gam777** God bless my mom and all her hard work cooking and preparing all the food truly had a blessed thanksgiving 🙏 seeing every one love you all 💯❤️❗️🤤

gam777

18 likes

**gam777** IN LOVE WITH 😍 NATURES CANDY 🍓🍎 🍓🍎🍓🍋 2018 WE NEED TO EAT RIGHT IF YOU WANT TOO WIN THE FIGHT! 💯

View all 4 comments

azimiinteriors I'm glad! You are what you eat! ❤️🍴

gam777

22 likes

**gam777** 2018 CUT BACK ON EATING MEAT 🥩🥩 MORE VEGETABLES AND FRUITS 🥦🍓🥦 🥦🍎🍓🍅🥦🍎🥦 THEN SEE HOW YOUR ENERGY FEELS 🥊🏃

loves to cook for others & appreciates the art of it.



great son, caring, family-person

passionate,
loving

A great Chef, loves to feed & entertain
like my mother

9



↑
Family guy

← Active w/ son
plays sports

↑
Respectable son
loves his mother

10

← Full of life

Animal lover
↓



9/15/2018
Omar Azimi
Mobile Experience
3337 Donnell Dr.
District Heights, MD 20747

Honorable Judge Liam O'Grady
United States District Court Eastern District of Virginia

Dear Judge O'Grady,

This letter is on behalf of Omed Husseinkhel. Omed was an asset to the company from September 2009-Feb 2014. Omed was a very experienced and trustworthy manager. He helped us run multiple locations throughout the DMV area. His hard work and ethics was always his priority. Omed is a great team leader and staff motivator. He helped us train and push our team members to consistently reach and exceed sales goals and rank top in the DC, MD, VA market. Omed's duties included hiring, training, performance based measurement. He was awarded outstanding volume and performance year over year. In the years of working with Omed we were able to see that he was able to comprehend and master material efficiently and can adapt to any work environment quickly. He has always been successful in his career and always leaves a lasting impression. Omed has great talent and has been known to empower and inspire those around him. Leadership is about making others better as a result of your presence and making sure that impact lasts in your absence. He surely achieved that with our staff.

While Omed left to further advance his career opportunities we would have open doors for him any day he would wish to return. I believe Omed has great potential in any industry he decides to pursue. If I can be of any further assistance or if you have any questions regarding Omed please do not hesitate to contact me.

Thank you for your time.

Omar Azimi

Sima H Zahid
5503 Talon Court
Fairfax, VA 22032
571-331-9222

8/29/18

United States District Court
401 Courthouse Square
Alexandria, VA 22314

To whom it may concern:

I am writing this letter about my best friend's son, Omed Husseinkhel.  We used to live in the
same street on Talon Ct of Colony Park Community, years ago when Omid was a young high
school kid, a good student in Robinson Secondary High School. He was a very polite and
courteous young boy, with a good heart and good manners. Very respectful towards neighbors
and friends, they moved out of the Colony Park neighborhood, but my friendship with the family
continued. Omed later on got married and have a beautiful daughter and a smart handsome
son.  He is a great father to his children and a great son for his mom and dad. As a first
generation of immigrants, not many of our children finished college or higher educations, but all
have tried their best to remain productive and adjust to our new country and culture, in the
USA.  Omed is one that has certainly tried his best to be the best he can be, while not many
things go in his favor.  I have seen him tried hard to be the best he can be, weather it is the family
life or social and professional life. I truly believe with some assistance and positive energy in his
life Omed can be successful and an asset to our community. Please consider this letter of
character when determining his sentencing.

Best Regards,

Sima H Zahid

Sohail Sikander
6254 Franconia Station Ct.
Alexandria, Virginia 22310
Sohail28w@hotmail.com

Date: August 23rd, 2018

To whom it may concern,

My name is Sohail Sikander. I have resided at the address: **6254 Franconia Station Ct., Alexandria, Virginia 22310** for 12 years. I have been the neighbor of **Omed Husseinkhel** for 12 years, his house is right across from mine. He has been a great neighbor, responsible citizen and a person of good character. He and his family have been good friends of my family for many years. My family and I can vouch for his character.  You can reach out to me at any time to confirm this information or ask any more questions.

Sincerely,

Sohail Sikander